# TURANO LAW

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102 |
| TEL (917) 594-5666<br>FAX (917) 594-5667 | TEL (973) 648-6777<br>FAX (917) 594-5667 |

**Application GRANTED.**

August 14, 2025

**SO ORDERED.**
**Dated: 8/14/25**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:   United States v. Camila Peguero Peralta
      24 Cr. 675 (PKC)

Dear Judge Castel:

Camila Peguero Peralta has been fully compliant with the terms of her pretrial release since her arrest on January 7, 2025. On that date, she was released on an unsecured personal recognizance bond, which restricts her travel to the SDNY, EDNY, and District of New Jersey.

She requests that the Court modify her conditions of pretrial release to permit her to travel to the Dominican Republic from August 25, 2025, through September 1, 2025, to attend the 80th birthday party of a close relative. If permitted to attend, she will stay with her mother, Mercedes Peralta, at the family home in San Francisco de Macorís, Dominican Republic. She will also provide the address and contact information to Pretrial Officer Brian Castro, who consents to this request. The government, by AUSA Meredith Foster, defers to Pretrial Services.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano

cc: All Counsel of Record (by ECF)