# TURANO LAW

——

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

——

TEL (917) 594-5666
FAX (917) 594-5667

**Application Granted.**
**SO ORDERED.**
**Dated:  11/26/2025**

*[signature]*
P. Kevin Castel
United States District Judge

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

——

TEL (973) 648-6777
FAX (917) 594-5667

November 22, 2025

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Camila Peguero Peralta</u>
             24 Cr. 675 (PKC)

Dear Judge Castel:

I represent Camila Peguero Peralta. I am currently on trial before the Honorable Madeline Cox Arleo in the District of New Jersey *United States v. Markell Brown*, 20-cr-864 (MCA). As I anticipated during the last status conference, I will not be able to attend the November 25, 2025 status conference because of this conflict.

Accordingly, I ask that the Court permit Joshua Horowitz, Esq., counsel for co-defendant Luis Estevez Herrera, to stand in for me on behalf of Ms. Peguero Peralta. Mr. Horowitz, on behalf of his client, and Ms. Peguero Peralta consent to this request. I have also provided Mr. Horowitz with my availability if the Court schedules a trial date.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano

cc:  All Counsel of Record (by ECF)