# TURANO LAW

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

TEL (917) 594-5666
FAX (917) 594-5667

TEL (973) 648-6777
FAX (917) 594-5667

December 2, 2025

*Application DENIED.
SO ORDERED.
/s/ [illegible], USDJ
12-3-2025*

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    United States v. Camila Peguero Peralta
       24 Cr. 675 (PKC)

Dear Judge Castel:

I represent Camila Peguero Peralta in the above-mentioned matter. She is on Pretrial release and her travel is restricted to the SDNY, EDNY, and District of New Jersey. She has been fully compliant with the conditions of her bail.

Ms. Peguero Peralta requests permission to travel to Los Cabo's Mexico for vacation with her husband and co-defendant, Luis Estevez Herrera, form December 12, through 14, 2025. If this application is approved, she can provide her detailed itinerary to Pretrial Services in advance of her travel.

Pretrial Services (by Officer Brian Castro) consent to this request. The Government (by AUSA Meredith Foster) defers to Pretrial Services. All other conditions are to remain in effect. Thank you for the Court's consideration.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano

cc:    All Counsel of Record (by ECF)
       Brian Castro, Pretrial Services (by email)