

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 6, 2026

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application Granted.  Arraignment/Plea is scheduled for March 25, 2026 at 3:30 p.m.
SO ORDERED.
Dated:  3/6/2026

P. Kevin Castel
United States District Judge

      **Re:**    ***United States v. Peguero Peralta*, 24 Cr. 675 (PKC)**

Dear Judge Castel:

      The Government and defense counsel for Camila Peguero Peralta respectfully request that the Court schedule an arraignment on a Superseding Information and change of plea for Ms. Peguero Peralta in the above case for March 25, 2026 at 3:30 p.m.

      In light of the requested change of plea conference, the Government respectfully requests that the Court adjourn all pretrial deadlines with regard to the above defendant *sine die*.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney for the
                    Southern District of New York

      By:                      
                    Meredith Foster
                    Assistant United States Attorney
                    Tel.: (212) 637-2310

cc:      Oliver Storch, Esq. (via ECF)